ERIC GRANT
United States Attorney
Zachary Malinski
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:25-CR-0255-DC |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| SHAYNE WEINGARTEN, | TRIAL DATE: August 3, 2026 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Dena Coggins |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for jury trial on August 3, 2026.

2.      By this stipulation, the parties now move to continue the jury trial one day, until August 4, 2026, and to exclude time between August 3, 2026, and August 4, 2026, under 18 U.S.C. § 3161(h)(3)(A) and (B).

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that an essential witness for the government's case is not available until the morning of Wednesday, August 5, 2026. To ensure efficient use of both the Court and the jury's, time, the government seeks to have jury trial begin on Tuesday, August 4, 2026. The government is prepared to have other witnesses available to testify on

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

August 4 after motions in limine, housekeeping, and jury selection. This brief continuance will allow the trial to proceed without causing unnecessary delay or gaps in trial proceedings.

b)    The defendant does not object to the continuance.

c)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 3, 2026 to August 4, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(3)(A)-(B) because it results from a continuance granted by the Court on the basis of a delay resulting from the absence or unavailability of an essential witness.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 9, 2026

ERIC GRANT
United States Attorney

/s/ *Zachary Malinski*
Zachary Malinski
Assistant United States Attorney

Dated:  June 9, 2026

/s/ *Douglas Beevers*
Douglas Beevers
Counsel for Defendant
SHAYNE WEINGARTEN

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

## ORDER

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on June 9, 2026 (Doc. No. 25), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Motions *in Limine Hearing* and Jury Trial scheduled to begin on August 3, 2026, is VACATED and RESET by one day to August 4, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between August 3, 2026 and August 4, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **June 10, 2026**

_____
Dena Coggins
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3