HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
SHAYNE WEINGARTEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SHAYNE WEINGARTEN,<br>Defendant. | Case No. 2:25-cr-00255-DC-1<br>**ORDER RE REQUEST TO FILE EXHIBIT A UNDER SEAL**<br>Judge: Hon. Dena M. Coggins |

**IT IS HEREBY ORDERED,** the court, having received, read and considered the Defendant's Request to Seal submitted in connection with the Notice of Sealing filed on November 10, 2026 (Doc. No. 51), and good cause appearing therefrom, GRANTS the Defendant's Request. Accordingly, the Defendant's Request to Seal and Exhibit A to the Defendant's Sentencing Memorandum shall be filed under SEAL until further order of the court.

IT IS SO ORDERED.

Dated: **November 10, 2026**

Dena Coggins
United States District Judge